Dismissed and Memorandum Opinion filed January 29, 2004









Dismissed and Memorandum Opinion filed January 29,
2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00228-CV

____________

 

CARBO CERAMICS INC., Appellant
and Cross-Appellee

 

V.

 

PROPPANT TECHNOLOGY, LTD., Appellee and Cross-Appellant

 



 

On Appeal from the 127th
District Court

 Harris County, Texas

Trial Court Cause No. 00-14689 

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed November 22, 2002.

On January 8, 2004, the parties filed a joint motion to dismiss
the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed January 29, 2004.

Panel consists of Justices
Edelman, Frost, and Seymore.